LAW OFFICES
**BROENING OBERG WOODS & WILSON**
PROFESSIONAL CORPORATION
2800 N. CENTRAL AVE., SUITE 1600
PHOENIX, ARIZONA 85004
(602) 271-7700

Robert T. Sullivan/Bar No. 022719
rts@bowwlaw.com
Jason P. Kasting/Bar No. 028111
jpk@bowwlaw.com
Minute Entries/Orders
cjg@bowwlaw.com

*Attorneys for Defendant State Farm Fire and Casualty Company*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Scott A. Seldin, a single man, | Case No. 2:25-cv-00554-KML |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| State Farm Fire and Casualty Company, an Illinois corporation, | |
| Defendant. | |

Defendant, through its counsel of record, submits this Notice of Settlement. The parties have reached a settlement of all claims and defenses at issue in this case. The parties will submit a Stipulation to Dismiss with Prejudice once the settlement has been finalized. Any pending deadlines and hearings may be vacated.

/ / /

/ / /

DATED this 3rd day of October, 2025.

        BROENING OBERG WOODS & WILSON, P.C.

        By */s/ Jason P. Kasting*
          Robert T. Sullivan
          Jason P. Kasting
          2800 North Central Avenue, Suite 1600
          Phoenix, Arizona 85004
          *Attorneys for Defendant State Farm Fire and Casualty Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of October, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Daniel P. Quigley
Kevin C. Moyer
Drew G. Wegner
Cohen Dowd Quigley, PC
The Camelback Esplanade One
2425 East Camelback Road, Ste 1100
Phoenix, AZ 85016
(602) 252-8400
dquigley@CDQlaw.com
kmoyer@CDQlaw.com
dwegner@CDQlaw.com
*Attorneys for Plaintiff*

By/s/*Josie Uong*